**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK BETANCOURT,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

    Defendant.

Civil Action No. 26-0687 (BAH)

## JOINT STATUS REPORT

Plaintiff, Mark Betancourt ("Plaintiff") and Defendant U.S. Department of Health and Human Services ("HHS" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's June 2, 2026 Minute Order.

### STATUS OF PLAINTIFF'S FOIA REQUESTS

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA") and relates to a FOIA request submitted to Defendant, which was received on August 29, 2025. The FOIA request seeks records related to pregnant unaccompanied children in immigration custody. *See* ECF No. 1 at 3-5.

### Defendant's Position

2. Since the filing of the last joint status report (ECF No. 10), HHS has continued working to identify and collect potentially responsive records. As part of that effort, HHS Office of the Secretary (OS) FOIA has conducted an initial search of the email accounts of two identified custodians. That search located three PST files, as well as approximately 1,000 additional loose files, for review. The agency is currently uploading the search results into its review platform. At present, one of the three PST files has been successfully uploaded along with the approximately

1,000 loose files. The remaining two PST files are still being processed, and, as a result, HHS does not yet have a complete page count for the records identified through the initial search. HHS anticipates providing a complete page count in the next status report, as proposed below in paragraph 3. In parallel, the Office of Refugee Resettlement ("ORR") has been conducting its own efforts to identify responsive records. ORR recently provided to HHS a spreadsheet that appears to be partially responsive to Item 4 of Plaintiff's request.

3.    HHS is continuing to diligently work through these search efforts and the technical processing of the identified records, including working with a consultant (Deloitte) to resolve various errors that have been encountered when uploading the remaining two PST files discussed above. Once the remaining search results have been uploaded, the agency will be in a better position to assess the volume of responsive material, complete any additional necessary searches, and provide a more concrete processing schedule in the next status report. Defendant proposes at least 45 days for the next status report, on or before August 13, 2026.

**Plaintiff's Position**

4.    Plaintiff seeks a prompt resolution of this lawsuit, noting the significant time that has passed since the August 2025 service of this FOIA request, and because the request relates to issues of substantial public concern and interest. As described in the Complaint, Plaintiff is a journalist who has been investigating actions by the Office of Refugee Resettlement to place pregnant unaccompanied children in a facility in San Benito, Texas, where their health would be at risk, and served this FOIA request on HHS for documents related to this topic. Complaint, ECF No. 1, paras. 5-6. Plaintiff requested expedited processing of the FOIA request, in which he described the urgency of the topic. *Id.* at paras. 6, 11. He did not receive a response to the FOIA

request, the request to expedite, or any documents. *Id.* at paras. 6, 17, 18. Ten months have passed since the service of this FOIA request.

5.      In the last Joint Status Report (ECF No. 10), Plaintiff asked that the Defendant confer with Plaintiff early in June so that real progress could be made before the next status report. No such conferral occurred in early June and Plaintiff learned nothing about the Defendant's plan for a response to the FOIA request until June 26, 2026. Plaintiff is concerned by the speed of the government's action, despite the lengthy delay beyond the statutory deadline.

6.      Plaintiff requests that, prior to the next status report, Defendant will have conveyed to Plaintiff the full volume of responsive materials, will have attempted to agree on a production schedule with Plaintiff, and will have begun production. Plaintiff proposes a next status report deadline on or before July 29, 2026.

Dated: June 29, 2026

*/s/ Todd A. Gluckman*
TODD A. GLUCKMAN, DC Bar 1004129
JACLYN A. DEITCH, DC Bar 90025322
Terris, Pravlik & Millian, LLP
1816 12th Street, N.W., Suite 303
Washington, DC 20009
(202) 682-2100
tgluckman@tpmlaw.com
jdeitch@tpmlaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samantha-Josephine Baker*
    SAMANTHA JOSEPHINE BAKER
    FL Bar #105714
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2435

*Attorneys for the United States of America*

3