**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK BETANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 26-0687 (BAH) |

**JOINT STATUS REPORT**

Plaintiff, Mark Betancourt ("Plaintiff") and Defendant U.S. Department of Health and Human Services ("HHS" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's July 2, 2026 Minute Order.

**STATUS OF PLAINTIFF'S FOIA REQUESTS**

1. Plaintiff's suit arises under the Freedom of Information Act ("FOIA") and relates to a FOIA request submitted to Defendant, which was received on August 29, 2025. The FOIA request seeks records related to pregnant unaccompanied children in immigration custody. *See* ECF No. 1 at 3-5.

**Defendant's Position**

2. Since the filing of the last joint status report (ECF No. 12), HHS has continued working to identify and collect potentially responsive records. The FOIA office reports the following:

- The search for records from the UAC Office of the Ombuds is pending with OCIO. The search included Leah Chavla and the UAC Ombuds resource mailbox.

- The search for communications between ORR and contracted providers is also pending with OCIO and included the ORR UCB Intakes resource mailbox.
- The search of Toby Biswas's emails has been completed and returned approximately 6 GB of data. The FOIA office is currently experiencing technical issues uploading the data and may need to work with the vendor to resolve those issues.
- The search of Angie Salazar's emails has been completed and returned approximately 3 GB of data. Those files have been uploaded, but the FOIA office is still working through issues necessary to import the records and obtain a page count.
- ORR provided an Excel spreadsheet containing results from a search of ORR/DHS communications which is partially responsive to that portion of the request.
- The FOIA office is determining whether the searches for personal notes/informal documents created by Toby Biswas and Angie Salazar fully covered those portions of the request or whether additional searches with ORR are necessary.
- The FOIA office has received approximately 358 pages of records relating to stop-placement, notices of concern, or corrective-action plan records concerning Urban Strategies' Refugio program and other Urban Strategies programs in Texas.

3. The FOIA office has therefore completed searches for significant portions of the request, but the request is quite broad and encompasses thirteen separate components. The remaining searches, as well as processing and obtaining a page count for the large Biswas and Salazar results, are still underway. Given the breadth of the request, Defendant requests that Plaintiff narrow or clarify several portions. These proposals were presented to Plaintiff on August 13, 2026.

4. Once the remaining search results have been uploaded, the agency will be in a better position to assess the volume of responsive material, complete any additional necessary searches, and provide a more concrete processing schedule in the next status report. Defendant proposes at least 45 days for the next status report, on or before September 28, 2026.

5. As to Plaintiff's position below, Defendant notes that this is the parties' second status report, that Plaintiff's request encompasses thirteen separate components, and that Defendant is proceeding diligently as its resources allow. Although Plaintiff requested expedited processing at the administrative level, the Complaint does not assert a claim for expedited processing. See Compl. (ECF No. 1) ¶ 20. Accordingly, Plaintiff has no basis to ask the Court to give this request priority over others that Defendant also is processing. Further, to the extent the Plaintiff seeks court-ordered relief, it should do so by motion, not via a joint status report, so that Defendant has the amount of time afforded by the applicable local rules to prepare a more fulsome response. *See* Rule 7(b)(1) ("A request for a court order must be made by motion."); Local Civil Rule 7(b) (designating the amount of time to respond to a motion).

**<u>Plaintiff's Position</u>**

6. Plaintiff seeks a prompt resolution of this lawsuit, noting that over one year has passed since the August 2025 service of this FOIA request, nearly six months have passed since the filing of the Complaint, and this FOIA request relates to issues of substantial public concern and interest. As described in the Complaint, Plaintiff is a journalist who has been investigating actions by the Office of Refugee Resettlement to place pregnant unaccompanied children in a facility in San Benito, Texas, where their health would be at risk, and served this FOIA request on HHS for documents related to this topic. Complaint, ECF No. 1, paras. 5-6. Plaintiff requested expedited processing of the FOIA request, in which he described the urgency of the topic. *Id.* at

paras. 6, 11. He did not receive a response to the FOIA request, the request to expedite, or any documents. *Id.* at paras. 6, 17, 18.

7. In the last Joint Status Report (ECF No. 12), submitted on June 29, 2026, Plaintiff asked that prior to the next status report, Defendant will have conveyed to Plaintiff the full volume of responsive materials, will have attempted to agree on a production schedule with Plaintiff, and will have begun production. Plaintiff further proposed that the next status report issue on or before July 29, 2026. In contrast, Defendant proposed "at least 45 days for the next status report, on or before August 13, 2026."

8. On July 2, 2026, the Court issued a Minute Order directing the parties to "file, by August 13, 2026, a joint status report advising the Court of the status of [Plaintiff's request] and, if defendant has not yet made any productions, providing a summary of steps taken to do so and the reason for delay, and explaining when plaintiff can expect productions to begin."

9. Plaintiff's counsel contacted Defendant on August 3, 2026, requesting an update on this matter. Defendant's counsel informed Plaintiff's counsel that she expected Defendant to have a substantive update early the following week. Plaintiff did not receive any updates on this matter until the afternoon of August 13. Although Defendant has made some headway on processing Plaintiff's FOIA request, Defendant still has not provided Plaintiff with the full volume of responsive materials, has not attempted to discuss a production schedule with Plaintiff, and has not begun production. In Defendant's position (above), Defendant cites technical issues as one cause for the delay (para. 2). However, in the previous Joint Status Report (ECF No. 12), filed June 29, 2026, Defendant stated that it was "working with a consultant (Deloitte) to resolve various errors that have been encountered when uploading [some of the files]." ECF No. 12, para. 3.

Further, Defendant does not "explain[] when plaintiff can expect productions to begin." Minute Order of July 2, 2026.

10. Further, Defendant states above that "Defendant requests that Plaintiff narrow or clarify several portions" and that "[t]hese proposals were presented to Plaintiff on August 13, 2026." Those proposals, as well as all of the information Defendant provides above, were conveyed to Plaintiff at 3:49 pm on the date that this report was due, so there has not been adequate opportunity to assess the information and proposals, confer with Defendant, or make any headway thereon.

11. Despite the various issues that Defendant cites above, they note that they have an Excel spreadsheet that would be responsive to Plaintiff's requests as well as 358 pages of records related to stop-placement, notices of concern, or corrective-action plan records concerning Urban Strategies' Refugio program and other Urban Strategies programs in Texas. There should be no further delay with the production of at least those materials.

12. Based on the delays described above and Defendant's failure to provide a timeframe for when Plaintiff can expect production to begin, Plaintiff requests that the Court order (1) Defendant to produce the Excel spreadsheet and 358 pages referenced above within 10 days; (2) the Parties to meet and confer regarding Defendant's narrowing proposals within the next 10 days and (3) the Parties to submit their next Joint Status Report by September 14, 2026. We ask that the Defendant be required to provide in that status report the schedule regarding forthcoming productions and updates regarding all additional issues.

Dated: August 13, 2026

*/s/ Todd A. Gluckman*
TODD A. GLUCKMAN, DC Bar 1004129
JACLYN A. DEITCH, DC Bar 90025322
Terris, Pravlik & Millian, LLP
1701 K Street, NW, Suite 500
Washington, DC 20006
(202) 682-2100
tgluckman@tpmlaw.com
jdeitch@tpmlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samantha-Josephine Baker*
SAMANTHA JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2435

*Attorneys for the United States of America*